UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**COLIN EISSFELD**,　　　　　　　　　　　　　Case No. 3:13-cv-00873-KI

　　　　　Plaintiff,　　　　　　　　　　　　　JUDGMENT

　　v.

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**,

　　　　　Defendant.

　　Lance R. Clark
　　8 N. State Street #301
　　Lake Oswego, OR 97034

　　　　　Attorney for Plaintiff

　　S. Amanda Marshall
　　United States Attorney
　　District of Oregon
　　Ronald K. Silver
　　Assistant United States Attorney
　　1000 S.W. Third Ave., Suite 600
　　Portland, OR 97201-2902

Page 1 - JUDGMENT

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   8th   day of May, 2014.

    /s/ Garr M. King
    Garr M. King
    United States District Judge

Page 2 - JUDGMENT